**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

William L.,

Petitioner,

v.

Sheriff Joel Brott, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-4609 (MJD/DLM)

Hassan M. Ahmad, The HMA Law Firm PLLC, Sterling, VA, Stephanie Morales, Attorney at Law, Minneapolis, MN, Counsel for Petitioner.

David W. Fuller, Carl Berry, Assistant United States Attorneys, Counsel for Respondents.

On November 1, 2026, the parties informed the Court that Petitioner was released from custody pursuant to the Court's order.

Therefore, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner William L.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 4, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court